JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA,<br><br>   Plaintiffs,<br><br>    v.<br><br>SAVINO DEL BENE U.S.A., INC.,<br><br>   Defendants. | Case No. CV 20-1352 FMO (MAAx)<br><br>**JUDGMENT** |

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.  The parties shall bear their own fees and costs.

Dated this 1st day of March, 2021.

                  /s/
                Fernando M. Olguin
              United States District Judge